NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**JESSIE M. HARRISON,**
*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent*

_____

2021-1626

_____

Petition for review of the Merit Systems Protection Board in No. DA-0432-20-0465-I-1.

_____

**JUDGMENT**

_____

M. JERMAINE WATSON, Bonds Ellis Eppich Shafer Jones LLP, Fort Worth, TX, argued for petitioner.

MILES KARSON, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent.  Also represented by BRIAN M. BOYNTON, CLAUDIA BURKE, MARTIN F. HOCKEY, JR.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, CLEVENGER, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 14, 2021          /s/ Peter R. Marksteiner
Date                             Peter R. Marksteiner
                                   Clerk of Court